**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DAVID D. WATTIE,              :   No. 196 MM 2017

           Petitioner      :

             :

             :

           v.            :

             :

HONORABLE JUDGE RICHARD A.    :
LEWIS, DAUPHIN COUNTY         :
COURTHOUSE PROTHONOTARY,    :
STEVE FARINA, SEAN M. DUFFY,     :
ESQUIRE, COUNSEL FOR MB       :
FINANCIAL BANK AND MB FINANCIAL   :
BANK N.A., DAUPHIN COUNTY      :
SHERIFF NICHOLAS CHIMIENTI, JR.,   :

          Respondents    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2017, the Application for an Exercise of Extraordinary Jurisdiction is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.